IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

GLENN HERMAN
CHARPENTIER,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Appellant,

CASE NO. 1D14-5183

v.

STATE OF FLORIDA,

Appellee.

_____/

Opinion filed October 14, 2015.

An appeal from the Circuit Court for Escambia County.
Michael G. Allen, Judge.

Nancy A. Daniels, Public Defender, and Ross Marshman, Assistant Public Defender,
Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, and David Campbell, Assistant Attorney
General, Tallahassee, for Appellee.

PER CURIAM.

AFFIRMED.

WETHERELL and RAY, JJ., and SMILEY, ELIJAH, ASSOCIATE JUDGE,
CONCUR.